# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GINO FERRULLI,** *Plaintiff,* v. **BCA FINANCIAL SERVICES, INC.,** *Defendant.* | Civil No.: 17-cv-13177 (KSH) (CLW) **OPINION** |

**THIS MATTER** having come before the Court on defendant BCA's motion to dismiss plaintiff' Ferrulli's class action complaint (D.E. 6); the Court having fully considered the parties' written submissions, and for the reasons expressed in the opinion filed herewith,

**IT IS** on this 28th day of September, 2018,

**ORDERED** that BCA's motion to dismiss is GRANTED, and the Clerk of the Court is directed to close this case.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.